BEFORE THE THIRD DIVISION, SEPTEMBER 7, 1939

**No. 42070.**—Protests 946976–G, etc., of Helmar Import & Novelty Co., Inc. (New York).

Opinion by CLINE, J. The protests were submitted without the introduction of evidence in support of the claim made. On the record presented they were overruled.

**No. 42071.**—Protest 985454–G of James St. L. O'Toole (New York).

Opinion by CLINE, J. There was no appearance on the part of the plaintiff when this case was called for trial. On the record presented the protest was overruled.

**No. 42072.**—Protest 983434–G of European Brush Importing Co., Inc. (New York).

Opinion by CLINE, J. No evidence was offered in support of the claim made. The protest was therefore overruled.